STATE OF LOUISIANA

PARISH OF CADDO

1ST JUDICIAL DISTRICT COURT

MARGARET M. HAMILTON                    NO.: 612982 "B"

VERSUS

LOWE'S HOME CENTERS, LLC

* * * * * * * * * * * * * * * * * * * * * * * *

The deposition of MS. MARGARET M. HAMILTON,
taken in connection with the captioned cause,
pursuant to the following stipulations before John
McGlothlin, Certified Court Reporter, at 1030
Kings Highway, Shreveport, Louisiana, on the 30th
day of May 2019, beginning at 1:58 p.m.



1    APPEARANCES:

2

3    FOR THE PLAINTIFF, MARGARET M. HAMILTON:

4         MR. J. MARSHALL RICE
          1030 KINGS HWY
5         SHREVEPORT LA, 71104
          PHONE: (318) 222-2772
6         FAX: (318) 222-6063
          EMAIL: JMRICE@RICEKENDIG.COM
7         FIRM: RICE & KENDIG, LLC

8

9    FOR THE DEFENDANT:

10        MR. TRAVIS L. SIMMONS
          8550 UNITED PLAZA BOULEVARD, SUITE 101
11        BATON ROUGE, LA 70809
          PHONE: 225-387-9888
12        EMAIL: TRAVISSIMMONS232@GMAIL.COM
          FIRM: TAYLOR, WELLONS, POLITZ & DUHE, APLC

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    S T I P U L A T I O N
2        It is hereby stipulated by and among counsel for
3   plaintiff and counsel for defense that the deposition
4   of
5                MS. MARGARET M. HAMILTON
6   be taken before John McGlothlin, Certified Court
7   Reporter, by counsel for the defendant for all
8   purposes, pursuant to notice and to the provisions of
9   the appropriate statutes of the Code of Civil
10  Procedure of the State of Louisiana.
11       The parties hereto waive all formalities in
12  connection with the taking of said deposition,
13  including the reading and signing thereof, except the
14  swearing of the witness and the reduction of the
15  questions and answers to typewriting.
16       Per Article 1443(D) of the Louisiana Code of Civil
17  Procedure, counsel for all parties reserve all
18  objections until trial or other use of the deposition.
19                      *   *   *
20
21
22
23
24
25
```

4

<pre>
1                          REPORTER'S PAGE

2

3    I, John McGlothlin, Certified Court Reporter, in and

4    for the State of Louisiana, the officer as defined in

5    Rule 28 of the Federal Rules of Civil Procedure and/or

6    Article 1434(B) of the Louisiana Code of Civil

7    Procedure, before whom this proceeding was taken, do

8    hereby state on the record:

9          That due to the interaction in the spontaneous

10   discourse of this proceeding, dashes (--) have been

11   used to indicate pauses, changes in thought, and/or

12   talkovers; that same is the proper method for a Court

13   Reporter's transcription of proceeding, and that the

14   dashes (--) do not indicate that words or phrases have

15   been left out of this transcript;

16         That any words and/or names which could not be

17   verified through reference material have been denoted

18   with the phrase "(spelled phonetically)."

19

20

21

22

23

24

25
</pre>

```
1                           INDEX

2

3   BY MR. SIMMONS                              6-54

4

5   EXHIBITS:                                   NONE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1              MS. MARGARET M. HAMILTON
2   who resides at 116 Colonel Ap Kouns, Shreveport,
3   Louisiana, after having been duly sworn, was examined
4   and did testify as follows:
5   EXAMINATION BY MR. SIMMONS:
6   Q    Good afternoon -- you said Margie, earlier?  Can I
7        call you Margie?
8   A    Sure.
9   Q    My name is Travis Simmons, I represent Lowe's here
10       today.  Have you ever given a deposition before?
11  A    No.
12  Q    Well we've got a couple of ground rules here.
13       What we have next to us is a court reporter that's
14       taking down everything we're saying.  So the first
15       thing is in order for him to get clear record, I'd
16       ask that you please let me finish my question
17       before you give an answer.  Often times we get
18       conversational in tone and so I'll also try and
19       let you finish your answer before I ask my next
20       question, that way we have a clear record.
21       Another thing is, it's hard for him to take down
22       nonverbal responses, like, uh-huh's (affirmative
23       response) or uh-uh's (negative response).  So I'm
24       going to ask you to say yes or no that way he can
25       take that down and we'll get a clear record.
```

```
 1        Another thing is that at any time if you don't
 2        understand one of my questions, please stop me and
 3        let me know.  Tell me I don't understand that and
 4        I'll try to rephrase my question.  You know, if
 5        you do answer the question, it will be presumed
 6        that you understood it.  So I ask if you just
 7        don't understand, just stop me.  And another
 8        thing, I don't know is a perfectly fine answer.
 9        If you don't remember something.  And basically
10        that's it.  Do you have any questions?
11   A    No.
12   Q    Okay.  Another thing, if you need to take a break
13        at any time, this isn't an endurance contest.  We
14        can always take a break if you need.  And so you
15        understand that the court reporter swore you in
16        today and you're here to tell the truth to the
17        best of your ability?
18   A    Yes.
19   Q    Okay.  Is there any -- are you taking any
20        medications right now that affect your ability to
21        provide some testimony today?
22   A    No.
23   Q    Are you under the influence of any drugs or
24        alcohol right now?
25   A    No.
```

8

1    Q    Please state your full name for the record.

2    A    Margaret Louise McCarty Hamilton.

3    Q    Okay.  Do you go by any other aliases or

4         nicknames?

5    A    Just Margie.

6    Q    Just Margie, okay.  What's your date of birth?

7    A    8/28/1944.

8    Q    All right.  And what is your Social Security

9         Number?

10   A    ***-**-9149.

11   Q    And I'll ask the court reporter to redact

12        everything but the last four on that.  Did you

13        review any documents in preparation of your

14        deposition today?

15            MR. RICE:

16                 Not what you talked about with me but any

17            documents.

18   BY MR. SIMMONS:

19   Q    Yeah.  Any documents or materials in preparation

20        of your deposition?

21   A    No.

22   Q    So you just met with your lawyer before?

23   A    Yes.

24   Q    Okay.  Are you on Medicaid or Medicare?

25   A    Yes.

```
1    Q    Which one?
2    A    Medicare.
3    Q    Medicare, okay.  Do you have a Medicare card with
4         you or anything like that?
5    A    Yes.  I don't know if I've got it or not.
6    Q    It's not on you?
7    A    I can check and see.
8              MR. SIMMONS:
9                   I can probably get with your attorney on
10             that.  Do we know how much the Medicare lien
11             is on this one, yet?
12             MR. RICE:
13                  I think there's a conditional payment.
14             The conditional payment is $1,794.70.
15   BY MR. SIMMONS:
16   Q    Were you on Medicare at the time of the Lowe's
17        incident on December 6th, 2017?
18   A    Yes.
19   Q    Okay.  Who was your health insurance agency before
20        that?  Do you recall?
21   A    I'm not sure.
22   Q    That's fine.  What's your current --
23   A    I guess it would -- I'm sorry.
24   Q    Sorry.  What --
25   A    I guess it would be with Ford Motor Credit.  Ford
```

```
 1        Motor Company.
 2    Q   Okay.  Is that where you were working at the time?
 3    A   No.  I mean, I haven't worked there since 2001.
 4    Q   Okay.  But that's who you last provided you health
 5        insurance you're saying?
 6    A   Yes.
 7    Q   Okay.  Can you please state your address for the
 8        record.
 9    A   116 Colonel Ap Kouns.
10    Q   Is that Shreveport, Louisiana?
11    A   Yes.
12    Q   Okay.  Are you from Shreveport?
13    A   Originally?
14    Q   Uh-huh (affirmative response).
15    A   No.
16    Q   Okay.  Where are you from?
17    A   From Cheneyville.
18    Q   Where's that at?
19    A   South of Alexandria.
20    Q   In Louisiana?
21    A   Yes.
22    Q   Other than Cheneyville and Shreveport, have you
23        ever lived anywhere else?
24    A   I lived in Alexandria right after birth.
25    Q   Okay.  Do you remember your home address there?
```

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Do you remember your home address in Cheneyville? |
| 3 | A | We didn't have street names. |
| 4 | Q | Gotcha. |
| 5 | A | We had a Post Office box but I do not remember the |
| 6 | | number. |
| 7 | Q | Okay.  Do you rent or own the 116 Colonel Ap Kouns |
| 8 | | address? |
| 9 | A | I own it. |
| 10 | Q | Own it.  Do you live there with anybody? |
| 11 | A | No. |
| 12 | Q | Was that your address at the time of the Lowe's |
| 13 | | incident? |
| 14 | A | Yes. |
| 15 | Q | Do you have your driver's license on you? |
| 16 | A | Yes. |
| 17 | Q | Could I see it, please? |
| 18 | A | Sure. |
| 19 | | MR. SIMMONS: |
| 20 | | Do you mind if we get a copy on record, |
| 21 | | Marshall? |
| 22 | | MR. RICE: |
| 23 | | I don't mind.  You may have gotten it |
| 24 | | already in discovery.  But I'll get it for |
| 25 | | you. |

```
 1              MR. SIMMONS:
 2                   Okay.
 3    BY MR. SIMMONS:
 4    Q    We'll get a copy of that on break.  I see you
 5         don't have any restrictions.  You don't wear
 6         glasses or contacts?
 7    A    No.
 8    Q    When was the last time you went to the eye doctor?
 9    A    I'm sorry.
10    Q    When's the last time you've been to the eye
11         doctor?
12    A    Oh, right before I had cataract surgery.
13    Q    Okay.  When did you have cataract surgery?
14    A    Oh, my gosh.  I don't remember.  Let's see.
15    Q    Before the Lowe's incident?
16    A    Oh, yeah.
17    Q    How is your vision now?
18    A    20/20.
19    Q    Okay.  What's the last grade you completed
20         education wise?
21    A    I had three years of college.
22    Q    Where'd you go to high school?
23    A    Cheneyville High School.
24    Q    And then after Cheneyville you went straight to
25         college?
```

```
 1    A    Yes.

 2    Q    What college did you go to?

 3    A    Northwestern in Natchitoches.

 4    Q    Okay.  Did you end up earning any degrees from

 5         there?

 6    A    No.

 7    Q    Have you been to -- did you go to any other

 8         schools?

 9    A    I did.  I went to Centenary when I moved to

10         Shreveport.

11    Q    I'm sorry, what was that?

12    A    Centenary.

13    Q    Do you know how to spell that?

14    A    C-E-N-T-E-N-A-R-Y.  Centenary College.

15    Q    How long did you go there?

16    A    A year.

17    Q    It was a year.  Did you get any degrees from

18         there?

19    A    No.

20    Q    Okay.  Any other schools that you've been to?

21         Have you gone to any -- is that a no?

22    A    I'm sorry.

23    Q    That's fine.

24    A    No.

25    Q    Any other trade schools that you've been to?
```

14

```
 1    A    No.
 2    Q    Do you have any sort of professional certificates
 3         or licenses?
 4    A    No.
 5    Q    Okay.  Have you ever been in the military?
 6    A    No.
 7    Q    All right.  Are you part of any church
 8         affiliations?
 9    A    Yes.
10    Q    Which church?
11    A    Broadmoor Presbyterian.
12    Q    Are you part of any other clubs or organizations?
13    A    Yes.
14    Q    Which ones?
15    A    I'm a member of Beta Sigma Phi.  The Chapter is
16         preceptor phi.
17    Q    And what -- do you hold, like, a position?
18    A    It's a social sorority.
19    Q    Social sorority.
20    A    Yes.
21    Q    Okay.  Gotcha.
22    A    It's worldwide.
23    Q    Do you do any activities or hobbies?
24    A    I work part-time.
25    Q    Okay.  You work part-time.  Where do you work at?
```

```
 1   A    Edward Jones Investments.

 2   Q    And where is that at?

 3   A    All over the United States.

 4   Q    It's in a local branch that you're working?

 5   A    Oh, yes.  There are several -- there are quite a

 6        few local branches that I work in.

 7   Q    Do you know the specific address of your local

 8        branch?

 9   A    No.  All I know is it's out on Providence.

10   Q    On Providence.

11             MR RICE:

12                 Off the Southern Loop.

13   A    Yeah.  Off of the Southern Loop.  I'm not sure of

14        the specific number.

15   BY MR. SIMMONS:

16   Q    Okay.  What's your job title there?

17   A    On call.

18   Q    On call.

19   A    On call.

20   Q    Okay.  Doing what?

21   A    Okay.  I fill in when the B.O.A. is out.

22   Q    And what is a B.O.A.?

23   A    Okay.  She is the one that kind of runs the office

24        for the financial advisor.

25   Q    Okay.  And so you'll step in as kind of the
```

```
1          financial advisor at times?
2    A     No, no.  Not the financial advisor.  I am not
3          licensed to buy or sell stocks and bonds.
4    Q     So what exactly do you do; I guess?
5    A     Just office management.
6    Q     Okay.
7    A     Phone calls, assist the clients with any questions
8          they may have.
9    Q     Okay.  And so this is just from part-time --
10         what's your regular hours like, I guess?
11   A     8 to 4:30.
12   Q     Is that Monday through Friday?
13   A     Yes.
14   Q     Okay.  And do you do that every week or is it
15         sometimes?
16   A     No.  It's just only when they need me.
17   Q     Okay.  Do you know about how often, like, maybe do
18         you get called once a month?
19   A     I have to work at least 100 hours a year.
20   Q     Okay.  What's your rate of pay there?
21   A     10.40.  $10.40.
22   Q     Okay.  Is that an hour?
23   A     Uh-huh (affirmative response).
24   Q     Who's your supervisor over there -- did you said
25         her name was?
```

| | | |
|---|---|---|
| 1 | A | Okay.  It would be John Albritton. |
| 2 | Q | John Albritton. |
| 3 | A | He's the F.A.  That is the office I was hired out |
| 4 | | of. |
| 5 | Q | Okay.  Do you have any other part-time jobs? |
| 6 | A | No. |
| 7 | Q | Have you ever had to take any kind of sick leave |
| 8 | | from Edward Jones or -- |
| 9 | A | No. |
| 10 | Q | Okay.  So you've never taken any extended time off |
| 11 | | for any reason?  Other than just not being on |
| 12 | | call? |
| 13 | A | I did when I had the accident from Lowe's. |
| 14 | Q | Any other time? |
| 15 | A | No. |
| 16 | Q | Okay.  Have you ever filed a worker's compensation |
| 17 | | claim? |
| 18 | A | No. |
| 19 | Q | Have you ever been convicted of a crime? |
| 20 | A | No. |
| 21 | Q | Sorry.  I have to ask that one.  Have you had any |
| 22 | | other lawsuits? |
| 23 | A | No. |
| 24 | Q | First lawsuit.  Okay.  So getting more towards the |
| 25 | | incident.  I guess specifically as a result of the |

```
 1            December 6th, 2017 Lowe's accident, what injuries
 2            are you relating to that incident?
 3    A       I don't understand.
 4    Q       What did you hurt?
 5    A       The left side of my body.
 6    Q       And the left side in particular -- any certain
 7            body parts?
 8    A       The knee, the left leg, the hip, the back, the
 9            head.
10    Q       Anything else?
11    A       I think I covered it all.  I just --
12    Q       Your left back, was that in the front or the back?
13    A       The side, into the back.
14    Q       Side and into the back.  So with regard to these
15            injuries, when was the first time you felt pain
16            from those injuries?
17    A       Immediately.
18    Q       Immediately.  And that's in your knee, leg, and
19            back?
20    A       Right.
21    Q       And your head?
22    A       Yes.
23    Q       Okay.  Prior to your incident at Lowe's, have you
24            ever treated for a knee injury?
25    A       No.
```

```
1    Q    And by injury I mean, you know, sought treatment
2         from a provider or taken any medicine for any kind
3         of knee pain?
4    A    No.
5    Q    Okay.  And so it's your testimony today that
6         before the Lowe's accident you've never had any
7         sort of treatment on your knee?
8    A    No.
9    Q    Same question with the leg, your left leg.
10   A    No.
11   Q    And your hip?  Did you ever have any prior
12        treatment for your hip?
13   A    No.
14   Q    Any prior treatment for your neck or back?
15   A    No.
16   Q    Have you ever had any problems with your arms or
17        legs?
18   A    No.
19   Q    And anything that ever -- any prior treatment for
20        your head?
21   A    No.
22   Q    What kind of symptoms are you experiencing with
23        your head after the accident?
24   A    When I slipped, I hit a stack of plastic storage
25        containers.
```

20

| 1 | Q | Okay.  And were you bleeding after that in your |
| 2 | | head? |
| 3 | A | No.  I just had a big knot. |
| 4 | Q | It's a knot on your head.  Did you lose |
| 5 | | consciousness? |
| 6 | A | No. |
| 7 | Q | Do you recall before the Lowe's incident being in |
| 8 | | any kind of accidents that had personal injury |
| 9 | | whether it be slip and fall, a car accident, |
| 10 | | anything like that? |
| 11 | A | No. |
| 12 | Q | Have you ever ridden in an ambulance before? |
| 13 | A | No. |
| 14 | Q | After the Lowe's incident, were you involved in |
| 15 | | any types of accidents like that, personal injury |
| 16 | | type incidents? |
| 17 | A | After? |
| 18 | Q | After. |
| 19 | A | No. |
| 20 | Q | So you talked about your cataract surgery that you |
| 21 | | had earlier.  Did you have any other surgeries |
| 22 | | before? |
| 23 | A | I need to know how long -- what kind of time |
| 24 | | limit? |
| 25 | Q | Let's say in the last ten to 15 years before the |

1        Lowe's incident?

2   A    No.

3   Q    No, okay.  Did you ever have any extended hospital

4        stays during that time?

5   A    No.

6   Q    Have you ever attended any type of counseling,

7        mental or therapeutic counseling?

8   A    No.

9   Q    Have you ever gone to a chiropractor before the

10       Lowe's incident?

11  A    Yes.

12  Q    Okay.  Where at?

13  A    Diane Sino.

14  Q    Can you spell that?  Diane Sino.

15            MR. RICE:

16                 S-I-N-O.

17  A    S-I-N-O.

18            MR. RICE:

19                 Is the last name.

20  BY MR. SIMMONS:

21  Q    Okay.  Diane Sino.  And where is she located at?

22  A    Is that Hearne?

23            MR. RICE:

24                 It's Hearne or Jewella.

25            WITNESS:

```
 1                      Oh, I bet it's Jewella.
 2             MR. RICE:
 3                  It's a fairly large -- I mean, she's well
 4             known in town.  You could Google Diane Sino
 5             and I promise she'll come up.
 6             MR. SIMMONS:
 7                  Okay.
 8   BY MR. SIMMONS:
 9   Q    Do you recall when you went there?
10   A    The day -- that day.
11   Q    Okay.  So is this after the Lowe's incident?
12   A    No.  It was before.
13   Q    It was before.  Okay, well how long before?
14   A    A couple of hours.
15   Q    And this was before you went to Lowe's?
16   A    Uh-huh (affirmative response).
17   Q    Okay.  So what were you treating at the
18        chiropractor before you went to Lowe's?
19   A    I went there to get a massage.
20   Q    On what area of your body?
21             MR. RICE:
22                  It's a massage.
23   A    Just to -- a massage -- a body massage.
24   BY MR. SIMMONS:
25   Q    Okay.  Some people go to massages on their neck
```

```
 1        and back or massages on their legs.  So this was
 2        just a general massage?
 3   A    Yes.
 4   Q    Was anything in particular bothering you?
 5   A    No.
 6   Q    Okay.  Do you go get massages from time to time
 7        from this place?
 8   A    From this particular person I did.
 9   Q    Yeah, okay.  And it's just a chiropractor?
10   A    Not there.
11   Q    And is it more of like chiropractic treatment or
12        is it just kind of soft tissue massage kind of
13        thing?
14   A    Yeah.  Like soft tissue.
15   Q    Soft tissue.  Okay.
16             MR. RICE:
17                 I think there's confusion.  There was a
18             particular person that you got a massage from?
19   A    Yes.  There's a reason I went there.
20   BY MR. SIMMONS:
21   Q    Okay.
22   A    Do you want me to expound on it?
23             MR. RICE:
24                 Yeah, tell him.
25   A    I had been given a gift certificate for massages
```

```
 1          from my daughter.  And the person that I had been

 2          seeing for several months, I would go once a month

 3          for a massage.  The person that was doing the

 4          massage had told me after a conversation that she

 5          used to be with Diane Sino and that she was the

 6          massage person there.  She eventually left Massage

 7          Envy and went back to Diane Sino and that was the

 8          only reason I went out there.

 9    BY MR. SIMMONS:

10    Q    Okay.  Gotcha.

11    A    But before she would do, you know, say, okay, she

12          can give you a massage, she had to see me.  The

13          doctor did.

14    Q    Okay.  Okay.  I understand.  Just in general have

15          you ever had, before the Lowe's incident, did you

16          have any preexisting medical conditions --

17    A    Uh-uh (negative response).

18    Q    No?

19    A    No, I'm sorry.

20    Q    No high blood pressure or anything like that?

21    A    Pardon?

22    Q    No high blood pressure or anything like that?

23    A    No, uh-uh (negative response).

24    Q    And so you've never undergone any type of

25          diagnostic scans before the incident?  You've
```

25

| | | |
|---|---|---|
| 1 | | never had an M.R.I., or an x-ray, or C.A.T. scan |
| 2 | | on your body? |
| 3 | A | No. |
| 4 | Q | Okay.  Not that you can recall? |
| 5 | A | Right. |
| 6 | Q | Have you ever applied for any Social Security |
| 7 | | Benefits? |
| 8 | A | No. |
| 9 | Q | And any other governmental benefits that you know |
| 10 | | other than Medicaid or Medicare? |
| 11 | A | No. |
| 12 | Q | Okay.  Who's your primary care physician? |
| 13 | A | Mark Brown. |
| 14 | Q | Okay.  And so Dr. Mark Brown.  Where's he located |
| 15 | | at? |
| 16 | A | Highland -- what is it, Christus Highland. |
| 17 | Q | Okay.  Christus? |
| 18 | A | Uh-huh (affirmative response).  Oh, no, that's |
| 19 | | not his address. |
| 20 | Q | Is he in Shreveport, though? |
| 21 | A | Yes. |
| 22 | Q | Okay.  And so I guess we'll talk about a little |
| 23 | | more about the Lowe's accident now.  I have that |
| 24 | | as December 6, 2017, that was on a Wednesday; does |
| 25 | | that sound about right? |

```
1    A    Say the --
2    Q    December 6th, 2017.
3    A    Yes.
4    Q    Midweek, like a Wednesday or something like that?
5    A    Yes.
6    Q    Do you recall around what time it was?
7    A    Before noon.
8    Q    Before noon.
9    A    I think.
10   Q    And why were you going to Lowe's that day?
11   A    To pick up a poinsettia for a friend.
12   Q    Okay.
13   A    For Christmas.
14   Q    Have you gone to this Lowe's often?
15   A    No.
16   Q    Okay.  So what made you go to this particular
17        Lowe's location?
18   A    Because I was -- I had just come from Dr. Sino's
19        office.
20   Q    Okay.  And so that was, like, a morning
21        appointment?
22   A    Yes.
23   Q    And so you stopped by Lowe's just kind of
24        generally, was the poinsettia the only thing you
25        were going for?
```

| | | |
|---|---|---|
| 1 | A | Yeah. |
| 2 | Q | Okay.  Did you go and look around at anything else |
| 3 | | while you were there? |
| 4 | A | No. |
| 5 | Q | So you get into Lowe's you get to the parking lot, |
| 6 | | you get out your vehicle, tell me what happens |
| 7 | | next?  Where do you go into Lowe's? |
| 8 | A | I go in through the Garden Center. |
| 9 | Q | Okay.  And you go -- and you walk through the |
| 10 | | Garden Center.  Do you go through the cash |
| 11 | | registers or do you walk around it? |
| 12 | A | You walk in, you pass the register.  And then I |
| 13 | | went into another area in the garden center where |
| 14 | | they kept the poinsettias that were not exposed to |
| 15 | | the outside. |
| 16 | Q | So, like, a greenhouse area? |
| 17 | A | Yeah. |
| 18 | Q | A covered area? |
| 19 | A | Yes, it's covered. |
| 20 | Q | And so -- now when you walk in, though, did you go |
| 21 | | in between the cash registers or did you walk |
| 22 | | around one?  Do you recall? |
| 23 | A | I'm not clear on that. |
| 24 | Q | So when you entered in Lowe's did you enter -- you |
| 25 | | said you entered from the outside garden area; |

```
 1        right?
 2   A    Uh-huh (affirmative response).
 3   Q    Okay.
 4   A    Yes.
 5   Q    And normally they have two registers on either
 6        side when you enter; correct?
 7   A    Yes.
 8   Q    Did you go left, or right, or in between these
 9        registers?
10   A    I went between them and then I turned left.
11   Q    And then you turned left, okay.  And you said that
12        was to go towards the area where they have all the
13        plants underneath the covered --
14   A    The poinsettias.
15   Q    Okay, yeah.  And so you walked in -- you didn't
16        pass the area where you fell; did you, when you
17        walked in?
18             MR. RICE:
19                  It's not a test.  You just have to answer
20             whatever you can remember.
21   BY MR. SIMMONS:
22   Q    And if you don't understand, just tell me.
23             MR. RICE:
24                  It's fine.  Just tell him you don't
25             understand or he can rephrase it, whatever.
```

```
 1   BY MR. SIMMONS:
 2   Q    What I'm asking is did you walk past the area
 3        where you fell when you walked in?
 4   A    No.
 5   Q    So you walked in and you took a left and you went
 6        to the poinsettias?
 7   A    It was in the vicinity but not the path, the exact
 8        path that I took.
 9   Q    Okay.
10   A    At the time.
11   Q    All right.  And that answers my question.  So you
12        walked in, you go to the poinsettias, were you
13        with anybody?
14   A    No.  I was by myself.
15   Q    And so you went and did you look at anything else
16        around the area?
17   A    I think I might have looked at -- they had a
18        display of some scents.  I might have looked at
19        those.  And then I went directly to the -- I don't
20        even know if I remember picking up a scent and
21        smelling it or something.  But I walked right to
22        the poinsettias, selected one.
23   Q    And then what happened?
24   A    Then I walked out to pay for it.
25   Q    How long of a time do you think that took?  I
```

```
 1        mean, was it less than ten minutes?
 2   A    It was probably a little bit longer than ten
 3        minutes.
 4   Q    Okay.  Less than thirty, do you think?
 5   A    I don't remember.
 6   Q    Not sure.
 7   A    It wasn't an hour.
 8   Q    Okay.  Less than an hour?
 9   A    Yeah.
10   Q    Do you recall what kind of day it was?  Was it
11        sunny, or rainy, or --
12   A    It was -- I don't know if it was overcast.  I
13        don't know if the sun was out.
14   Q    Was it raining out?
15   A    No.  It was not raining.
16   Q    Was it a December --
17   A    It was cold.
18   Q    It was cold, okay.  Have you ever been to Lowe's,
19        I guess during one of these December months where
20        the cash registers outside, they'll these kind of
21        tarp enclosures around the registers?
22   A    Yes.
23   Q    Have you seen those before?
24   A    Yes.
25   Q    Do you remember if there was one there during this
```

```
 1        time?
 2   A    Yes.
 3   Q    There was one there?
 4   A    Yes.
 5   Q    Okay.  And so you go and you pick up a poinsettia,
 6        did you have a buggy or anything?
 7   A    No.
 8   Q    Okay.  And so tell me what happens next.
 9   A    There were no buggies there.
10   Q    There was no buggies out there.  And so you picked
11        up a poinsettia and then kind of describe to me
12        step by step kind of what happened next.
13   A    I picked up a poinsettia, it was large.  It was
14        about this big.
15   Q    You're saying, like, maybe two foot wide or one
16        foot wide?
17   A    Well I don't know.  18 inches, maybe.
18   Q    Okay.
19   A    And it was, you know, I mean, it was a -- I
20        wouldn't say a full grown.  I mean, it was, you
21        know, I was carrying it like this.
22   Q    Two feet tall, one -- I mean, you're --
23   A    Oh, it was probably this tall because the
24        container was probably this tall, you know.
25   Q    So you're saying this tall and that's probably
```

32

```
1          about a foot to two foot?
2     A    Yeah.  No.  I'd say a foot probably.
3     Q    Okay.  A foot.
4     A    No.  I'm not a good judge of measurements.
5     Q    I'm just asking, you know, I'm just asking, you
6          know, just trying to get a clear record.
7     A    Yeah.  I understand.  And then I continued out
8          and was headed right to the check out booth and
9          all of a sudden I slipped, went flying across the
10         -- sliding across the concrete floor.
11    Q    Okay.  And so, I guess, could you kind of describe
12         to me the exact location of where you fell, like,
13         I guess from the vantage point if you're walking
14         into Lowe's and you know how you said the two
15         registers are on the side.  Were you on the left
16         side, that register, or beyond that?
17    A    I was at the left -- it depends on -- from the
18         entrance of the Garden Center from the outside
19         Garden Center, I was to the left of the register
20         and when I came back in to pay for it, into the
21         Garden Center, I walked on the -- it would have
22         been the right side -- the right side.
23    Q    So let me ask you this, were you in between the
24         cash register and the building, kind of where the
25         cash -- where the cashier was?
```

```
1    A    Yeah.  Uh-huh (affirmative response).

2    Q    Okay.

3    A    Or the wall that separated the two sections of the

4         green house, I mean, the Garden Center.

5    Q    Okay.  Yeah.  Do you recall a large yellow strip

6         that you were walking on of yellow paint on the

7         ground?

8    A    No.

9    Q    Do you have any pictures?  Did you take any

10        pictures after you fell?

11   A    No.

12   Q    No.

13            MR. RICE:

14                 Did y'all?

15            MR. SIMMONS:

16                 No, we don't have any pictures.

17            MR. RICE:

18                 You don't have any video?

19            MR. SIMMONS:

20                 No, no video.

21   BY MR. SIMMONS:

22   Q    Okay.  And so did you see anything on the floor

23        before you fell?

24   A    No.

25   Q    Okay.  Could you see while you were walking with
```

| | | |
|---|---|---|
| 1 | | the poinsettia? |
| 2 | A | No. |
| 3 | Q | Okay.  And was there anything blocking your view |
| 4 | | in between where you were walking and where you |
| 5 | | fell? |
| 6 | A | No. |
| 7 | Q | Okay.  You were just carrying the poinsettia and |
| 8 | | you couldn't really see the ground? |
| 9 | A | Right. |
| 10 | Q | Okay.  And so when -- what caused you to fall? |
| 11 | | What do you believe caused you to fall? |
| 12 | A | Because I stepped in something and my feet just |
| 13 | | caused me to fall. |
| 14 | Q | Okay.  Did you know what that something -- |
| 15 | A | It slipped. |
| 16 | Q | -- was at the time of the fall? |
| 17 | A | Not until I -- not until after I fell. |
| 18 | Q | Okay. |
| 19 | A | You could smell it. |
| 20 | Q | And so after you fell what did you observe? |
| 21 | A | I was laying on the floor. |
| 22 | Q | Okay. |
| 23 | A | And until I sat up, they had to come help me up. |
| 24 | | When I hit that, the containers hit that kiosk or |
| 25 | | the register and those girls -- there were two |

```
 1          girls there and they came running out, saw me
 2          laying on the floor.
 3    Q     Do you remember the girls' names?
 4    A     It seems like one of them's name was Brenda.
 5    Q     Brenda.
 6    A     And there were two.  I don't know what the other
 7          one's name was.
 8               MR. RICE:
 9                    I think we said Debbie in discovery.
10    BY MR. SIMMONS:
11    Q     Was Deborah one?
12               MR. RICE:
13                    Debbie.
14    A     Was it Debbie?
15               MR. RICE:
16                    It was Debbie.
17    A     I'm sorry.
18    BY MR. SIMMONS:
19    Q     So right now you think you recall somebody named
20          Debbie being there?
21    A     Yes.
22    Q     Okay.
23    A     I know for a fact it was.  They came out.  I asked
24          them to help me get up.  They sat me -- well they
25          helped me, you know, get up to a sitting position
```

```
 1        on the floor.  And we immediately, I said, oh, my
 2        gosh, what is that smell?   And they said, well, I
 3        don't know.  And they looked around and there was
 4        this dog feces.
 5   Q    Okay.  You're saying dog feces.  Do you know if it
 6        was dog feces or some kind of --
 7   A    Yeah.  It was all over my boot.
 8   Q    Okay.  But I mean, I guess --
 9   A    And she could see that there was dog feces on the
10        floor.
11   Q    Okay.
12   A    And at first I didn't know it was dog feces
13        because it smelled so bad.  I mean, at first I
14        said, what is that, cat stuff?  And she looked at
15        it and she said, I don't know.  She said it looks
16        like dog.
17   Q    Okay.  But did you see a dog?
18   A    No.
19   Q    Deposit this there?
20   A    No.
21   Q    Did you see a cat deposit this there?
22   A    No.
23   Q    Okay.  So you didn't know about it on the floor
24        until after you fell?
25   A    Right.
```

```
1    Q    And you don't know how it got there; right?

2    A    No.

3    Q    Okay.  So you wouldn't know how long it was on the

4         floor?

5    A    No.

6    Q    Did you know, was there a -- do you know of

7         anybody who knew how long it was on the floor?

8    A    No.

9    Q    Okay.  And so you don't know of any Lowe's

10        employee that knew how long it was on the floor?

11   A    No.

12   Q    Okay.  And so you said those two employees were in

13        the area at the time of your fall.  Were there any

14        customers around?

15   A    Not that I remember.

16   Q    And so those employees stopped to help you.  Now I

17        guess, when you fell, can you kind of describe to

18        me the mechanics of how you fell?  Like what body

19        parts hit where?

20   A    This side of my body hit.

21   Q    Hit what?

22   A    The floor.

23   Q    Hit the floor.

24   A    My head hit the plastic containers.

25   Q    Okay.  What kind of shoes were you wearing?
```

| | | |
|---|---|---|
| 1 | A | I was wearing a pair of boots. |
| 2 | Q | Wearing a pair of boots.  Do you still have those |
| 3 | | boots? |
| 4 | A | I do with the hole in them. |
| 5 | Q | With the hole from what? |
| 6 | A | Sliding across the concrete floor. |
| 7 | Q | Okay. |
| 8 | A | I didn't bring them with me. |
| 9 | Q | Yeah. |
| 10 | A | Okay. |
| 11 | Q | That's fine.  And now did any other -- where did |
| 12 | | your knee hit? |
| 13 | A | It hit the floor. |
| 14 | Q | So your left knee and your left back kind of hit |
| 15 | | the floor and your head hit the container.  Did |
| 16 | | any other parts of your body hit anything? |
| 17 | A | No. |
| 18 | Q | Okay.  And now when these two Lowe's employees |
| 19 | | came to help you, what conversation went on?  What |
| 20 | | did you tell them? |
| 21 | A | I asked them if they could help me get up.  I |
| 22 | | mean, it was evident when, you know, they came |
| 23 | | around and saw me laying there that something had |
| 24 | | happened.  Because the poinsettia, I lost the |
| 25 | | poinsettia out of my hand.  And they helped me to |

```
 1            sit up on the floor.  And then they went and got
 2            me a lawn chair to sit in.  I guess it was a lawn
 3            chair.  It was something light that they could
 4            have carried.  And we sat there a minute and then
 5            she immediately called the manager and then these
 6            two guys came out.
 7     Q      Okay.  And did they ask you if you were okay?
 8     A      Yeah.
 9     Q      Did you tell them you were injured?  Or --
10     A      Well, yes, I told them that -- well, I mean, they
11            could see that I was --
12     Q      Do you recall specifically telling them that, hey,
13            I'm hurt?
14     A      I'm hurt, yes.  I said I'm hurt.  And so they --
15            and then I was shaking.  And so they said, well,
16            let's get you inside.  And one of the -- I think
17            it was the one that -- the manager that was in
18            training.  There were two.  The manager and
19            another guy.  And I said, you know, I need some
20            help.  I mean, I can't walk in there.  I'm in
21            pain.  And so the black guy who was -- I think he
22            was the one in training.  And I have no idea what
23            his name is.  He was very kind.  He just about
24            carried me in.  I mean, not -- you know but he had
25            me -- holding me up and helping me walk into the
```

40

```
1        store.
2    Q   So you said the manager in training was black. Was
3        the other manager white?
4    A   Uh-huh (affirmative response).
5    Q   Okay.  Do you recall his name?
6    A   No.
7    Q   Okay.  And then what happened?
8    A   They took me inside the store, not the Garden
9        Center, okay, the store.  And they put me -- they
10       set me down in a chair.  I asked for something to
11       drink.  And they asked me what happened and if
12       they could call somebody.
13   Q   Did they give you any medical assistance?
14   A   No.
15   Q   No medical assistance.  The two employees at the
16       time you fell you said they came out of the
17       enclosure?  You fell near the enclosure?
18   A   Right.
19   Q   Okay.  Where were they at when you --
20   A   Oh, wait.  The two, I'm sorry --
21   Q   Yeah, the two employees that were near you when
22       you fell were -- where were they?
23   A   They were -- they were at the kiosk, the register.
24   Q   Okay.  And was that in the little weather shelter
25       they built?
```

```
1    A    Yeah.
2    Q    And then your fall was near it and so the first
3         time you saw them was when they came out of --
4    A    Right.
5    Q    Okay.
6    A    I could hear them talking.
7    Q    Could you hear what they were saying?
8    A    No.
9    Q    Okay.  Did you end up buying the poinsettia?
10   A    No.  They gave it to me.
11   Q    They gave it to you, good.  And so did you drive
12        away from Lowe's that day?
13   A    No, I couldn't.
14   Q    Okay.  What happened?
15   A    They wanted to know if they could call somebody
16        for me.  And I said, no.  There is nobody to call.
17   Q    I forgot to ask you this earlier.  Do you have any
18        children?
19   A    I do.
20   Q    How many do you have?
21   A    I have one.
22   Q    Have one.  And is she -- she's not around or --
23   A    No.
24   Q    Where does she live?
25   A    At that time she was living in a -- she is living
```

| | | |
|---|---|---|
| 1 | | -- still living in Arlington, Virginia. |
| 2 | Q | What's her name? |
| 3 | A | Jennifer Minner, M-I-N-N-E-R. |
| 4 | Q | And there are no other children? |
| 5 | A | Not now. |
| 6 | Q | Are you married? |
| 7 | A | No, I'm widowed. |
| 8 | Q | What was your husband's name? |
| 9 | A | Robert Hamilton. |
| 10 | Q | How long were y'all married? |
| 11 | A | From '64 to 2010. |
| 12 | Q | Okay.  And did you ever remarry after him? |
| 13 | A | No. |
| 14 | Q | Okay.  And so where did you go after Lowe's?  Did |
| 15 | | you go home? |
| 16 | A | They drove me home. |
| 17 | Q | They drove you home.  And did you go to the |
| 18 | | emergency room that day? |
| 19 | A | I did. |
| 20 | Q | What emergency room? |
| 21 | A | Velocity Care. |
| 22 | Q | Is that a hospital or more like an urgent care? |
| 23 | A | It's an urgent care. |
| 24 | Q | Urgent care, okay.  And did you fill out any kind |
| 25 | | of inpatient form when you went there? |

```
 1   A    Oh, yeah.

 2   Q    You recall that?  Okay.  Were you truthful in

 3        filling that out?

 4   A    Wait, now what?

 5   Q    Like a form.  When you get to the doctor, you know

 6        how sometimes they'll make you fill out a form of

 7        your complaints and all that?

 8   A    Yeah.

 9   Q    Okay.  You did remember filling that out?

10   A    Yes.

11   Q    Were you truthful in filling that out?

12   A    Yes.

13   Q    And did you talk to the doctor's there and kind of

14        explain to them, you know, what your complaints

15        were?

16   A    Yes.

17   Q    Were you truthful in describing your complaints?

18   A    Yes.

19   Q    Okay.  What did they end up doing?

20   A    They examined me.  They did x-rays.

21   Q    What parts of your body did they do x-rays on?

22   A    My knee, my back -- I don't know.  I don't think

23        they did one of my head.  I mean, by then, I had

24        this huge knot up there.  Nothing -- the skin was

25        not broken or anything.  It was just a huge knot.
```

```
1    Q    Oh, okay.

2    A    And my back, my side --

3    Q    Did they tell you the results of the x-rays?

4    A    I had to do a urine test because of the position -

5         - the place in my back, they felt it was too close

6         to the kidney.

7    Q    Have you ever had any kidney problems before the

8         Lowe's fall?

9    A    He wants to know about any kidney problems.

10             MR. RICE:

11                 Yeah.

12   A    Okay.  I -- yes.

13   BY MR. SIMMONS:

14   Q    Okay.  Where did you treat for kidney problems?

15   A    It's not a kidney problem.

16   Q    Okay.

17   A    It's a -- I don't even know what you -- it's a

18        creatinine level.

19   Q    Okay.

20   A    If you know what a creatinine level is.

21   Q    Yeah.

22   A    And that is the reason --

23   Q    What doctor treated?

24   A    Zabaneh.

25   Q    Dr. Zabaneh, okay.  And then, so when you went to
```

```
 1        the urgent care, they gave you a urine test.  Did
 2        they tell you what the results of that was?
 3   A    There was blood in the urine.
 4   Q    Now did they prescribe you any medications?
 5   A    I had to go the next say to have an ultra sound --
 6        sonogram.  Whatever they do.
 7   Q    Okay.  And was that a -- I think it was Saint
 8        Christopher or --
 9   A    Oh, yeah.
10   Q    Okay.
11   A    Yes.
12   Q    And now did you say that they prescribed you any
13        medication?
14   A    Yes, they did.
15   Q    What did they prescribe you?
16   A    One of them was Oxycodone.  I don't know what the
17        other one was.  I don't know what the medical name
18        of it was.  I don't even -- they just told me to
19        take it.
20   Q    Okay.  Did you fill those prescriptions?
21   A    Yes, I did.
22   Q    Where did you fill those at?
23   A    C.V.S.
24   Q    And where's the location of this C.V.S.?
25   A    That C.V.S. is on the corner of Youree and Kings
```

```
 1        Highway.  I guess it would be Youree Drive.
 2    Q   Have you ever been to a Wal-Mart or a Walgreens to
 3        fill your prescriptions?
 4    A   No.
 5    Q   No.  Only C.V.S.?
 6    A   Uh-huh (affirmative response).
 7    Q   Okay.  And so you went to the urgent care and they
 8        gave you some medications.  Where did you go to
 9        next?
10    A   Home.
11    Q   Okay.  And did you go to another medical provider?
12    A   That night?
13    Q   Or just in general after that?
14    A   Yes, I did.
15    Q   I'm just trying to get a feel of your treatment
16        after the accident.
17    A   Okay.  I did.  I went to an orthopedic doctor.
18    Q   Do you recall his or her name?
19    A   Anglin.
20    Q   That's Dr. Anglin?
21    A   Yeah.
22    Q   And what did Dr. Anglin do?
23    A   He did all x-rays again.
24    Q   Did he tell you what the results were?
25    A   He said I had -- well how did he say.  It's in his
```

```
 1          report.  It was traumatic deep bruising trauma.
 2     Q    Okay.
 3     A    I think that's --
 4     Q    And now did you fill in an inpatient form when you
 5          got to his office, the orthopedic doctor?
 6     A    Yes.
 7     Q    Were you truthful in filling that out?
 8     A    Yes.
 9     Q    Were you truthful in relaying your complaints to
10          the doctor?
11     A    Yes.
12     Q    Okay.  And so did he prescribe you any
13          medications?
14     A    Yeah.  No.  He prescribed physical therapy.
15     Q    Okay.  Did you go to physical therapy?
16     A    Yes, I did.
17     Q    Where did you go to physical therapy at?
18     A    I don't know the name of it but it's the Christus
19          Highland --
20     Q    Okay.
21     A    Christus Highland Physical Therapy.
22     Q    Okay.  Did you go to any other physical therapy
23          places?
24     A    No.
25     Q    Okay.  And I believe in your discovery responses
```

```
 1          you went to Christus until around March of 2018;
 2          is that correct?
 3   A      I think it was April.
 4   Q      You think it was April, okay.  Did you go anywhere
 5          for treatment after that?
 6   A      No.
 7   Q      And I think that was in your discovery responses.
 8          So you stopped treating about March or April of
 9          2018?
10   A      Uh-huh (affirmative response).
11   Q      Okay.  And do you have -- well I guess it would be
12          a while now --
13   A      But I'm seeing -- I'm still -- I'm seeing the
14          physical therapist again.
15   Q      Okay.  And that's -- did you return to physical
16          therapy after the April 2018?
17   A      In, I think it was April of this year.
18   Q      Okay.  So about a year later you're going back to
19          physical therapy?
20   A      Yeah.
21   Q      Where at; at Christus?
22   A      Yes.  The same doctor.
23   Q      And are you relating the physical therapy a year
24          after the fall to the Lowe's incident?
25   A      No.
```

```
1    Q    No, okay.

2    A    Wait.  Would you clear that up?

3    Q    Yeah, yes.  Are you relating that the physical

4         therapy that you're going to now, your treatment

5         at that physical therapy, to the Lowe's incident?

6    A    Yes.  I thought you meant did I report it to

7         Lowe's.

8    Q    Oh, okay.

9    A    And I'm going to physical therapy.

10   Q    No, no.

11   A    I see, okay.

12   Q    And what are you treating -- what physical therapy

13        -- I'm sorry, excuse me.  What is the physical

14        therapy treating on as of now?

15   A    My back.

16   Q    Your back.  Where at on your back?

17   A    The hip.

18   Q    So kind of -- are you saying lower back?

19   A    Uh-huh (affirmative response).

20   Q    Okay.

21   A    Yes, lower back.

22   Q    In your hip area?

23   A    Uh-huh (affirmative response).

24   Q    Have you ever had any x-rays or anything on your

25        hip?
```

```
 1   A     Just when Dr. Anglin did them.

 2   Q     So no other treatment of your hip after that?

 3   A     No.

 4   Q     Okay.  And I believe your discovery responses say

 5         that you're not making a lost wage claim as a

 6         result of this incident?

 7   A     Exactly.

 8   Q     And so you're not --

 9             MR. RICE:

10                 That's correct.

11   BY MR. SIMMONS:

12   Q     Okay, that's correct.

13   A     I --

14   Q     That's fine because I asked a bad question.  And

15         so you're not making any claim of loss of future

16         earnings as a result of this incident?

17   A     Right.

18   Q     So, I guess, currently, do you have anything

19         that's bothering you today?

20   A     Yes, my back.

21   Q     Your back.  Anything else?

22   A     I cannot sit for any length of time, 20 minutes is

23         the max.

24   Q     Okay.  Do you need to take a break right now?

25   A     Let's wait on that a minute.
```

| | | |
|---|---|---|
| 1 | Q | okay.  And so are you seeing any other doctors |
| 2 | | besides just doing physical therapy right now? |
| 3 | A | That's it. |
| 4 | Q | Did the physical therapy provide you with any |
| 5 | | relief when you went through it the first time? |
| 6 | A | Yes. |
| 7 | Q | Okay.  And you said you're currently doing it or |
| 8 | | you're going to physical therapy? |
| 9 | A | I am going to physical therapy. |
| 10 | Q | Okay.  So you haven't yet; is that correct? |
| 11 | A | Yes, I am -- I'm doing it now. |
| 12 | Q | Oh, you're doing it now.  Is it giving you any |
| 13 | | relief? |
| 14 | A | Some. |
| 15 | Q | Okay.  And so there hasn't been any doctors that's |
| 16 | | restricted you -- or there hasn't been any doctors |
| 17 | | that have told you you're disabled at this time; |
| 18 | | right? |
| 19 | A | No. |
| 20 | Q | Okay.  I believe we had a correspondence from you |
| 21 | | with somebody at Lowe's, you had written a letter |
| 22 | | before the lawsuit.  And it described in it some |
| 23 | | claim for, like, mental anguish or mental distress |
| 24 | | -- |
| 25 | A | Pain and suffering. |

```
 1   Q     Yeah.  Can you kind of describe to me the mental
 2         aspect of it?
 3   A     It was before Christmas.  My daughter and her
 4         family were going to be there visiting me for
 5         Christmas.  I was unable to do any kind of
 6         cooking, or partying, or getting together with
 7         friends of theirs and mine.
 8   Q     Have you sought any kind of counseling for the
 9         mental, I guess, anxiousness or mental distress
10         that this caused you?
11   A     Not at that time I didn't.
12   Q     Have you to date sought any?
13   A     No.
14   Q     Okay.  And so you aren't taking any medications
15         for anxiety or --
16   A     No.
17   Q     Okay.  In your petition it claims a loss of
18         enjoyment of life.  What are some of the things
19         that you did before the incident that you're not
20         able to do now?  Is there anything?  Was there
21         activities you did before the incident that you're
22         no longer able to do?
23   A     I wouldn't say not able -- at the time of that
24         there were things that I couldn't do right after.
25   Q     Okay.  And you're talking about just during that
```

```
 1        three to four month period after the incident
 2        where you treated?
 3   A    Yes.
 4   Q    Okay.  Just a couple more things here.  Have you
 5        ever been diagnosed with any type of drug or
 6        alcohol problem?
 7   A    No.
 8   Q    Have you ever been diagnosed with any depression,
 9        anxiety, or other type of mental illness?
10   A    No.
11   Q    Have you ever received any type of unemployment
12        benefits?
13   A    No.
14   Q    Okay.
15            MR. SIMMONS:
16                I think that's all the questions I have,
17        Marshall.  Do you have any?
18            MR. RICE:
19                We waive reading and signing.
20            MR. SIMMONS:
21                What's that?
22            MR. RICE:
23                We're going to waive reading and signing.
24            MR. SIMMONS:
25                Okay.
```

```
 1            COURT REPORTER:
 2                  All right.  You need a copy of the
 3            transcript?
 4            MR. SIMMONS:
 5                  Yes, please.
 6            COURT REPORTER:
 7                  Do you need a copy?
 8            MR. RICE:
 9                  I don't know what y'all's agreement is
10            with his firm.  So I'm going to hold off right
11            now.
12     THE WITNESS WAS EXCUSED.
13     DEPOSITION CONCLUDED AT 2:54 P.M.
14
15
16
17
18
19
20
21
22
23
24
25
```

CERTIFICATE

1
2
3        This certification is valid only for a transcript
4    accompanied by my original signature and original
5    required seal on this certificate.
6        I, John McGlothlin, Certified Court Reporter in
7    and for the State of Louisiana, as the officer before
8    whom this testimony was taken, do hereby certify that
9    MS. MARGARET M. HAMILTON, after having been duly sworn
10   by me upon authority of R.S. 37:2554, did testify on
11   the 30th day of May 2019, in Shreveport, Louisiana, as
12   hereinbefore set forth in the foregoing 54 pages; that
13   this testimony was reported by me in the stenomask
14   reporting method, was prepared and transcribed by me
15   or under my personal direction and supervision, and is
16   true and correct to the best of my ability and
17   understanding; that the transcript has been prepared
18   in compliance with the transcript format guidelines
19   required by statute and rules of the board; that I am
20   informed about the complete arrangement, financial or
21   otherwise, with the person or entity making
22   arrangements for deposition services; that I have
23   acted in compliance with the prohibition on
24   contractual relationships, as defined by Louisiana
25   Code of Civil Procedure Article 1434 and rules of the

56

1   board; that I have no actual knowledge of any

2   prohibited employment or contractual relationship,

3   direct or indirect, between a court reporting firm and

4   any party litigant in this matter, nor is there any

5   such relationship between myself and a party litigant

6   in this matter; that I am not related to counsel or to

7   any of the parties hereto, I am in no manner

8   associated with counsel for any of the interested

9   parties to this litigation, and I am in no way

10  concerned with the outcome thereof.

11       This 3rd day of June 2019, Alexandria, Louisiana.

12

13

14

15

16

17

18

19

20

21

22



23       John E. McGlothlin, CCR# 2012007

24

25

**A**

ability 7:17,20
  55:16
able 52:20,22,23
accident 17:13
  18:1 19:6,23
  20:9 25:23
  46:16
accidents 20:8,15
accompanied
  55:4
acted 55:23
activities 14:23
  52:21
actual 56:1
address 10:7,25
  11:2,8,12 15:7
  25:19
advisor 15:24
  16:1,2
affect 7:20
affiliations 14:8
affirmative 6:22
  10:14 16:23
  22:16 25:18
  28:2 33:1 40:4
  46:6 48:10
  49:19,23
afternoon 6:6
agency 9:19
agreement 54:9
Albritton 17:1,2
alcohol 7:24 53:6
Alexandria 10:19
  10:24 56:11
aliases 8:3
ambulance 20:12
and/or 4:5,11,16
Anglin 46:19,20
  46:22 50:1
anguish 51:23
answer 6:17,19
  7:5,8 28:19
answers 3:15
  29:11
anxiety 52:15
  53:9
anxiousness 52:9
anybody 11:10
  29:13 37:7
Ap 6:2 10:9 11:7

APLC 2:12
**APPEARANCES**
  2:1
applied 25:6
appointment
  26:21
appropriate 3:9
April 48:3,4,8,16
  48:17
area 22:20 27:13
  27:16,18,25
  28:12,16 29:2
  29:16 37:13
  49:22
aren't 52:14
Arlington 42:1
arms 19:16
arrangement
  55:20
arrangements
  55:22
Article 3:16 4:6
  55:25
asked 35:23 38:21
  40:10,11 50:14
asking 29:2 32:5,5
aspect 52:2
assist 16:7
assistance 40:13
  40:15
associated 56:8
attended 21:6
attorney 9:9
authority 55:10

**B**

B 1:4
B.O.A 15:21,22
back 18:8,12,12
  18:13,14,19
  19:14 23:1 24:7
  32:20 38:14
  43:22 44:2,5
  48:18 49:15,16
  49:16,18,21
  50:20,21
bad 36:13 50:14
basically 7:9
BATON 2:11
beginning 1:13
believe 34:11
  47:25 50:4

51:20
benefits 25:7,9
  53:12
best 7:17 55:16
bet 22:1
Beta 14:15
beyond 32:16
big 20:3 31:14
birth 8:6 10:24
bit 30:2
black 39:21 40:2
bleeding 20:1
blocking 34:3
blood 24:20,22
  45:3
board 55:19 56:1
body 18:5,7 22:20
  22:23 25:2
  37:18,20 38:16
  43:21
bonds 16:3
boot 36:7
booth 32:8
boots 38:1,2,3
bothering 23:4
  50:19
**BOULEVARD**
  2:10
box 11:5
branch 15:4,8
branches 15:6
break 7:12,14
  12:4 50:24
Brenda 35:4,5
bring 38:8
Broadmoor 14:11
broken 43:25
Brown 25:13,14
bruising 47:1
buggies 31:9,10
buggy 31:6
building 32:24
built 40:25
buy 16:3
buying 41:9

**C**

C-E-N-T-E-N-...
  13:14
C.A.T 25:1
C.V.S 45:23,24,25
  46:5

**CADDO** 1:2
call 6:7 15:17,18
  15:19 17:12
  40:12 41:15,16
called 16:18 39:5
calls 16:7
can't 39:20
captioned 1:9
car 20:9
card 9:3
care 25:12 42:21
  42:22,23,24
  45:1 46:7
carried 39:4,24
carrying 31:21
  34:7
cash 27:10,21
  30:20 32:24,25
cashier 32:25
cat 36:14,21
cataract 12:12,13
  20:20
cause 1:9
caused 34:10,11
  34:13 52:10
CCR 56:23
Centenary 13:9
  13:12,14
center 27:8,10,13
  32:18,19,21
  33:4 40:9
**CENTERS** 1:6
certain 18:6
certificate 23:25
  55:1,5
certificates 14:2
certification 55:3
Certified 1:11 3:6
  4:3 55:6
certify 55:8
chair 39:2,3 40:10
changes 4:11
Chapter 14:15
check 9:7 32:8
Cheneyville 10:17
  10:22 11:2
  12:23,24
children 41:18
  42:4
chiropractic
  23:11
chiropractor 21:9

22:18 23:9
Christmas 26:13
  52:3,5
Christopher 45:8
Christus 25:16,17
  47:18,21 48:1
  48:21
church 14:7,10
Civil 3:9,16 4:5,6
  55:25
claim 17:17 50:5
  50:15 51:23
claims 52:17
clear 6:15,20,25
  27:23 32:6 49:2
clients 16:7
close 44:5
clubs 14:12
Code 3:9,16 4:6
  55:25
cold 30:17,18
college 12:21,25
  13:2,14
Colonel 6:2 10:9
  11:7
come 22:5 26:18
  34:23
Company 10:1
compensation
  17:16
complaints 43:7
  43:14,17 47:9
complete 55:20
completed 12:19
compliance 55:18
  55:23
concerned 56:10
**CONCLUDED**
  54:13
concrete 32:10
  38:6
conditional 9:13
  9:14
conditions 24:16
confusion 23:17
connection 1:9
  3:12
consciousness
  20:5
contacts 12:6
container 31:24
  38:15

containers 19:25
  34:24 37:24
contest 7:13
continued 32:7
contractual 55:24
  56:2
conversation 24:4
  38:19
conversational
  6:18
convicted 17:19
cooking 52:6
copy 11:20 12:4
  54:2,7
corner 45:25
correct 28:6 48:2
  50:10,12 51:10
  55:16
correspondence
  51:20
couldn't 34:8
  41:13 52:24
counsel 3:2,3,7,17
  56:6,8
counseling 21:6,7
  52:8
couple 6:12 22:14
  53:4
court 1:3,11 3:6
  4:3,12 6:13 7:15
  8:11 54:1,6 55:6
  56:3
covered 18:11
  27:18,19 28:13
creatinine 44:18
  44:20
Credit 9:25
crime 17:19
current 9:22
currently 50:18
  51:7
customers 37:14

D
dashes 4:10,14
date 8:6 52:12
daughter 24:1
  52:3
day 1:13 22:10,10
  26:10 30:10
  41:12 42:18
  55:11 56:11

Debbie 35:9,13,14
  35:16,20
Deborah 35:11
December 9:17
  18:1 25:24 26:2
  30:16,19
deep 47:1
defendant 2:9 3:7
defense 3:3
defined 4:4 55:24
degrees 13:4,17
denoted 4:17
depends 32:17
deposit 36:19,21
deposition 1:8 3:3
  3:12,18 6:10
  8:14,20 54:13
  55:22
depression 53:8
describe 31:11
  32:11 37:17
  52:1
described 51:22
describing 43:17
diagnosed 53:5,8
diagnostic 24:25
Diane 21:13,14,21
  22:4 24:5,7
didn't 11:3 28:15
  36:12,23 38:8
  52:11
direct 56:3
direction 55:15
directly 29:19
disabled 51:17
discourse 4:10
discovery 11:24
  35:9 47:25 48:7
  50:4
display 29:18
distress 51:23
  52:9
DISTRICT 1:3
doctor 12:8,11
  24:13 43:5
  44:23 46:17
  47:5,10 48:22
doctor's 43:13
doctors 51:1,15
  51:16
documents 8:13
  8:17,19

dog 36:4,5,6,9,12
  36:16,17
doing 15:20 24:3
  43:19 51:2,7,11
  51:12
don't 7:1,3,7,8,9
  9:5 11:23 12:5,5
  12:14 18:3
  28:22,24 29:19
  30:5,12,13
  31:17 33:16,18
  35:6 36:3,15
  37:1,9 43:22,22
  44:17 45:16,17
  45:18 47:18
  54:9
Dr 25:14 26:18
  44:25 46:20,22
  50:1
drink 40:11
drive 41:11 46:1
driver's 11:15
drove 42:16,17
drug 53:5
drugs 7:23
due 4:9
DUHE 2:12
duly 6:3 55:9

E
earlier 6:6 20:21
  41:17
earning 13:4
earnings 50:16
education 12:20
Edward 15:1 17:8
either 28:5
EMAIL 2:6,12
emergency 42:18
  42:20
employee 37:10
employees 37:12
  37:16 38:18
  40:15,21
employment 56:2
enclosure 40:17
  40:17
enclosures 30:21
endurance 7:13
enjoyment 52:18
enter 27:24 28:6
entered 27:24,25

entity 55:21
entrance 32:18
Envy 24:7
eventually 24:6
evident 38:22
exact 29:7 32:12
exactly 16:4 50:7
EXAMINATION
  6:5
examined 6:3
  43:20
excuse 49:13
EXCUSED 54:12
EXHIBITS 5:5
experiencing
  19:22
explain 43:14
exposed 27:14
expound 23:22
extended 17:10
  21:3
eye 12:8,10

F
F.A 17:3
fact 35:23
fairly 22:3
fall 20:9 34:10,11
  34:13,16 37:13
  41:2 44:8 48:24
family 52:4
FAX 2:6
feces 36:4,5,6,9,12
Federal 4:5
feel 46:15
feet 31:22 34:12
fell 28:16 29:3
  32:12 33:10,23
  34:5,17,20
  36:24 37:17,18
  40:16,17,22
felt 18:15 44:5
filed 17:16
fill 15:21 42:24
  43:6 45:20,22
  46:3 47:4
filling 43:3,9,11
  47:7
financial 15:24
  16:1,2 55:20
fine 7:8 9:22
  13:23 28:24

38:11 50:14
finish 6:16,19
firm 2:7,12 54:10
  56:3
first 6:14 17:24
  18:15 36:12,13
  41:2 51:5
floor 32:10 33:22
  34:21 35:2 36:1
  36:10,23 37:4,7
  37:10,22,23
  38:6,13,15 39:1
flying 32:9
following 1:10
follows 6:4
foot 31:15,16 32:1
  32:1,2,3
Ford 9:25,25
foregoing 55:12
forgot 41:17
form 42:25 43:5,6
  47:4
formalities 3:11
format 55:18
forth 55:12
four 8:12 53:1
Friday 16:12
friend 26:11
friends 52:7
front 18:12
full 8:1 31:20
future 50:15

G
garden 27:8,10,13
  27:25 32:18,19
  32:21 33:4 40:8
general 23:2
  24:14 46:13
generally 26:24
getting 17:24 52:6
gift 23:25
girls 34:25 35:1,3
give 6:17 24:12
  40:13
given 6:10 23:25
giving 51:12
glasses 12:6
go 8:3 12:22 13:2
  13:7,15 22:25
  23:6 24:2 26:16
  27:2,7,8,9,10,20

28:8,12 29:12
31:5 42:14,15
42:17 45:5 46:8
46:11 47:15,17
47:22 48:4
going 6:24 26:10
26:25 48:18
49:4,9 51:8,9
52:4 53:23
54:10
good 6:6 32:4
41:11
Google 22:4
gosh 12:14 36:2
Gotcha 11:4
14:21 24:10
gotten 11:23
governmental
25:9
grade 12:19
green 33:4
greenhouse 27:16
ground 6:12 33:7
34:8
grown 31:20
guess 9:23,25 16:4
16:10 17:25
25:22 30:19
32:11,13 36:8
37:17 39:2 46:1
48:11 50:18
52:9
guidelines 55:18
guy 39:19,21
guys 39:6

**H**

Hamilton 1:4,8
2:3 3:5 6:1 8:2
42:9 55:9
hand 38:25
happened 29:23
31:12 38:24
40:7,11 41:14
happens 27:6
31:8
hard 6:21
hasn't 51:15,16
haven't 10:3
51:10
He's 17:3
head 18:9,21

19:20,23 20:2,4
37:24 38:15
43:23
headed 32:8
health 9:19 10:4
hear 41:6,7
Hearne 21:22,24
help 34:23 35:24
37:16 38:19,21
39:20
helped 35:25
38:25
helping 39:25
hereinbefore
55:12
hereto 3:11 56:7
hey 39:12
high 12:22,23
24:20,22
Highland 25:16
25:16 47:19,21
Highway 1:12
46:1
hip 18:8 19:11,12
49:17,22,25
50:2
hired 17:3
hit 19:24 34:24,24
37:19,20,21,23
37:24 38:12,13
38:14,15,16
hobbies 14:23
hold 14:17 54:10
holding 39:25
hole 38:4,5
home 1:6 10:25
11:2 42:15,16
42:17 46:10
hospital 21:3
42:22
hour 16:22 30:7,8
hours 16:10,19
22:14
house 33:4
huge 43:24,25
hurt 18:4 39:13
39:14,14
husband's 42:8
HWY 2:4

**I**

I'd 6:15 32:2

I'll 6:18 7:4 8:11
11:24
I'm 6:23 9:21,23
12:9 13:11,22
14:15 15:13
24:19 27:23
29:2 32:4,5,5
35:17 39:13,14
39:14,20 40:20
42:7 46:15
48:13,13,13
49:9,13 51:11
54:10
I've 9:5
idea 39:22
illness 53:9
immediately
18:17,18 36:1
39:5
inches 31:17
incident 9:17
11:13 12:15
17:25 18:2,23
20:7,14 21:1,10
22:11 24:15,25
48:24 49:5 50:6
50:16 52:19,21
53:1
incidents 20:16
including 3:13
INDEX 5:1
indicate 4:11,14
indirect 56:3
influence 7:23
informed 55:20
injured 39:9
injuries 18:1,15
18:16
injury 18:24 19:1
20:8,15
inpatient 42:25
47:4
inside 39:16 40:8
insurance 9:19
10:5
interaction 4:9
interested 56:8
Investments 15:1
involved 20:14
isn't 7:13
it's 6:21 9:6 14:18
14:22 15:4,9

16:16 19:5 20:4
21:24 22:1,3,22
23:9 27:19
28:19,24 42:23
44:15,17,17
46:25 47:18

**J**

J 2:4
Jennifer 42:3
Jewella 21:24
22:1
JMRICE@RIC...
2:6
job 15:16
jobs 17:5
John 1:10 3:6 4:3
17:1,2 55:6
56:23
Jones 15:1 17:8
judge 32:4
JUDICIAL 1:3
June 56:11

**K**

KENDIG 2:7
kept 27:14
kidney 44:6,7,9
44:14,15
kind 15:23,25
17:7 19:2,22
20:8,23 23:12
23:12 26:23
30:10,20 31:11
31:12 32:11,24
36:6 37:17,25
38:14 39:23
42:24 43:13
49:18 52:1,5,8
Kings 1:12 2:4
45:25
kiosk 34:24 40:23
knee 18:8,18,24
19:3,7 38:12,14
43:22
knew 37:7,10
knot 20:3,4 43:24
43:25
know 7:3,4,8 9:5
9:10 13:13 15:7
15:9 16:17 19:1
20:23 24:11

25:9 29:20
30:12,13 31:17
31:19,21,24
32:5,6,14 34:14
35:6,23,25 36:3
36:5,12,15,23
37:1,3,6,6,9
38:22 39:19,24
41:15 43:5,14
43:22 44:9,17
44:20 45:16,17
47:18 54:9
knowledge 56:1
known 22:4
Kouns 6:2 10:9
11:7

**L**

L 2:10 3:1
LA 2:5,11
large 22:3 31:13
33:5
lawn 39:2,2
lawsuit 17:24
51:22
lawsuits 17:22
lawyer 8:22
laying 34:21 35:2
38:23
leave 17:7
left 4:15 18:5,6,8
18:12 19:9 24:6
28:8,10,11 29:5
32:15,17,19
38:14,14
leg 18:8,18 19:9,9
legs 19:17 23:1
length 50:22
let's 12:14 20:25
39:16 50:25
letter 51:21
level 44:18,20
license 11:15
licensed 16:3
licenses 14:3
lien 9:10
life 52:18
light 39:3
limit 20:24
litigant 56:4,5
litigation 56:9
little 25:22 30:2

40:24
live 11:10 41:24
lived 10:23,24
living 41:25,25
  42:1
LLC 1:6 2:7
local 15:4,6,7
located 21:21
  25:14
location 26:17
  32:12 45:24
long 13:15 20:23
  22:13 29:25
  37:3,7,10 42:10
longer 30:2 52:22
look 27:2 29:15
looked 29:17,18
  36:3,14
looks 36:15
Loop 15:12,13
lose 20:4
loss 50:15 52:17
lost 38:24 50:5
lot 27:5
Louise 8:2
Louisiana 1:1,12
  3:10,16 4:4,6
  6:3 10:10,20
  55:7,11,24
  56:11
Lowe's 1:6 6:9
  9:16 11:12
  12:15 17:13
  18:1,23 19:6
  20:7,14 21:1,10
  22:11,15,18
  24:15 25:23
  26:10,14,17,23
  27:5,7,24 30:18
  32:14 37:9
  38:18 41:12
  42:14 44:8
  48:24 49:5,7
  51:21
lower 49:18,21

M
M 1:4,8 2:3 3:5
  6:1 55:9
M-I-N-N-E-R
  42:3
M.R.I 25:1

making 50:5,15
  55:21
management 16:5
manager 39:5,17
  39:18 40:2,3
manner 56:7
March 48:1,8
Margaret 1:4,8
  2:3 3:5 6:1 8:2
  55:9
Margie 6:6,7 8:5
  8:6
Mark 25:13,14
married 42:6,10
Marshall 2:4
  11:21 53:17
massage 22:19,22
  22:23,23 23:2
  23:12,18 24:3,4
  24:6,6,12
massages 22:25
  23:1,6,25
material 4:17
materials 8:19
matter 56:4,6
max 50:23
McCarty 8:2
McGlothlin 1:11
  3:6 4:3 55:6
  56:23
mean 10:3 19:1
  22:3 30:1 31:19
  31:20,22 33:4
  36:8,13 38:22
  39:10,20,24
  43:23
meant 49:6
measurements
  32:4
mechanics 37:18
Medicaid 8:24
  25:10
medical 24:16
  40:13,15 45:17
  46:11
Medicare 8:24 9:2
  9:3,3,10,16
  25:10
medication 45:13
medications 7:20
  45:4 46:8 47:13
  52:14

medicine 19:2
member 14:15
mental 21:7 51:23
  51:23 52:1,9,9
  53:9
met 8:22
method 4:12
  55:14
Midweek 26:4
military 14:5
mind 11:20,23
mine 52:7
Minner 42:3
minute 39:4 50:25
minutes 30:1,3
  50:22
Monday 16:12
month 16:18 24:2
  53:1
months 24:2
  30:19
morning 26:20
Motor 9:25 10:1
moved 13:9

N
N 3:1
name 6:9 8:1
  16:25 21:19
  35:4,7 39:23
  40:5 42:2,8
  45:17 46:18
  47:18
named 35:19
names 4:16 11:3
  35:3
Natchitoches 13:3
near 40:17,21
  41:2
neck 19:14 22:25
need 7:12,14
  16:16 20:23
  39:10 50:24
  54:2,7
negative 6:23
  24:17,23
never 17:10 19:6
  24:24 25:1
nicknames 8:4
night 46:12
nonverbal 6:22
noon 26:7,8

normally 28:5
Northwestern
  13:3
notice 3:8
number 8:9 11:6
  15:14

O
O 3:1
objections 3:18
observe 34:20
office 11:5 15:23
  16:5 17:3 26:19
  47:5
officer 4:4 55:7
oh 12:12,14,16
  15:5 22:1 25:18
  31:23 36:1
  40:20 43:1 44:1
  45:9 49:8 51:12
okay 7:12,19 8:3
  8:6,24 9:3,19
  10:2,4,7,12,16
  10:25 11:7 12:2
  12:13,19 13:4
  13:20 14:5,21
  14:25 15:16,20
  15:21,23,25
  16:6,9,14,17,20
  16:22 17:1,5,10
  17:16,24 18:23
  19:5 20:1 21:3
  21:12,21 22:7
  22:11,13,17,25
  23:6,9,15,21
  24:10,11,14,14
  25:4,12,14,17
  25:22 26:12,16
  26:20 27:2,9
  28:3,11,15 29:9
  30:4,8,18 31:5,8
  31:18 32:3,11
  33:2,5,22,25
  34:3,7,10,14,18
  34:22 35:22
  36:5,8,11,17,23
  37:3,9,12,25
  38:7,10,18 39:7
  39:7 40:5,7,9,19
  40:24 41:5,9,14
  42:12,14,24
  43:2,9,19 44:1

44:12,14,16,19
  44:25 45:7,10
  45:20 46:7,11
  46:17 47:2,12
  47:15,20,22,25
  48:4,11,15,18
  49:1,8,11,20
  50:4,12,24 51:1
  51:7,10,15,20
  52:14,17,25
  53:4,14,25
once 16:18 24:2
one's 35:7
ones 14:14
order 6:15
organizations
  14:12
original 55:4,4
Originally 10:13
orthopedic 46:17
  47:5
outcome 56:10
outside 27:15,25
  30:20 32:18
overcast 30:12
Oxycodone 45:16

P
P 3:1 56:23
p.m 1:13 54:13
PAGE 4:1
pages 55:12
pain 18:15 19:3
  39:21 51:25
paint 33:6
pair 38:1,2
Pardon 24:21
PARISH 1:2
parking 27:5
part 14:7,12
part-time 14:24
  14:25 16:9 17:5
particular 18:6
  23:4,8,18 26:16
parties 3:11,17
  56:7,9
parts 18:7 37:19
  38:16 43:21
party 56:4,5
partying 52:6
pass 27:12 28:16
path 29:7,8

61

pauses 4:11
pay 16:20 29:24
  32:20
payment 9:13,14
people 22:25
perfectly 7:8
period 53:1
person 23:8,18
  24:1,3,6 55:21
personal 20:8,15
  55:15
petition 52:17
phi 14:15,16
Phone 2:5,11 16:7
phonetically 4:18
phrase 4:18
phrases 4:14
physical 47:14,15
  47:17,21,22
  48:14,15,19,23
  49:3,5,9,12,13
  51:2,4,8,9
physician 25:12
pick 26:11 31:5
picked 31:10,13
picking 29:20
pictures 33:9,10
  33:16
place 23:7 44:5
places 47:23
plaintiff 2:3 3:3
plants 28:13
plastic 19:24
  37:24
PLAZA 2:10
please 6:16 7:2
  8:1 10:7 11:17
  54:5
poinsettia 26:11
  26:24 31:5,11
  31:13 34:1,7
  38:24,25 41:9
poinsettias 27:14
  28:14 29:6,12
  29:22
point 32:13
POLITZ 2:12
position 14:17
  35:25 44:4
Post 11:5
preceptor 14:16
preexisting 24:16

preparation 8:13
  8:19
prepared 55:14
  55:17
Presbyterian
  14:11
prescribe 45:4,15
  47:12
prescribed 45:12
  47:14
prescriptions
  45:20 46:3
pressure 24:20,22
presumed 7:5
primary 25:12
prior 18:23 19:11
  19:14,19
probably 9:9 30:2
  31:23,24,25
  32:2
problem 44:15
  53:6
problems 19:16
  44:7,9,14
Procedure 3:10
  3:17 4:5,7 55:25
proceeding 4:7,10
  4:13
professional 14:2
prohibited 56:2
prohibition 55:23
promise 22:5
proper 4:12
provide 7:21 51:4
provided 10:4
Providence 15:9
  15:10
provider 19:2
  46:11
provisions 3:8
purposes 3:8
pursuant 1:10 3:8
put 40:9

Q
question 6:16,20
  7:4,5 19:9 29:11
  50:14
questions 3:15 7:2
  7:10 16:7 53:16
quite 15:5

R
R.S 55:10
raining 30:14,15
rainy 30:11
rate 16:20
reading 3:13
  53:19,23
really 34:8
reason 17:11
  23:19 24:8
  44:22
recall 9:20 20:7
  22:9 25:4 26:6
  27:22 30:10
  33:5 35:19
  39:12 40:5 43:2
  46:18
received 53:11
record 4:8 6:15
  6:20,25 8:1 10:8
  11:20 32:6
redact 8:11
reduction 3:14
reference 4:17
regard 18:14
register 27:12
  32:16,19,24
  34:25 40:23
registers 27:11,21
  28:5,9 30:20,21
  32:15
regular 16:10
related 56:6
relating 18:2
  48:23 49:3
relationship 56:2
  56:5
relationships
  55:24
relaying 47:9
relief 51:5,13
remarry 42:12
remember 7:9
  10:25 11:2,5
  12:14 28:20
  29:20 30:5,25
  35:3 37:15 43:9
rent 11:7
rephrase 7:4
  28:25
report 47:1 49:6

reported 55:13
reporter 1:11 3:7
  4:3 6:13 7:15
  8:11 54:1,6 55:6
Reporter's 4:1,13
reporting 55:14
  56:3
represent 6:9
required 55:5,19
reserve 8:14
resides 6:2
response 6:23,23
  10:14 16:23
  22:16 24:17,23
  25:18 28:2 33:1
  40:4 46:6 48:10
  49:19,23
responses 6:22
  47:25 48:7 50:4
restricted 51:16
restrictions 12:5
result 17:25 50:6
  50:16
results 44:3 45:2
  46:24
return 48:15
review 8:13
RICE 2:4,7 8:15
  9:12 11:22
  15:11 21:15,18
  21:23 22:2,21
  23:16,23 28:18
  28:23 33:13,17
  35:8,12,15
  44:10 50:9
  53:18,22 54:8
ridden 20:12
right 7:20,24 8:8
  10:24 12:12
  14:7 18:20 25:5
  25:25 28:1,8
  29:11,21 32:8
  32:22,22 34:9
  35:19 36:25
  37:1 40:18 41:4
  50:17,24 51:2
  51:18 52:24
  54:2,10
Robert 42:9
room 42:18,20
ROUGE 2:11
Rule 4:5

rules 4:5 6:12
  55:19,25
running 35:1
runs 15:23

S
S 3:1
S-I-N-O 21:16,17
Saint 45:7
sat 34:23 35:24
  39:4
saw 35:1 38:23
  41:3
saying 6:14 10:5
  31:15,25 36:5
  41:7 49:18
scan 25:1
scans 24:25
scent 29:20
scents 29:18
school 12:22,23
schools 13:8,20,25
seal 55:5
sections 33:3
Security 8:8 25:6
see 9:7 11:17 12:4
  12:14 24:12
  33:22,25 34:8
  36:9,17,21
  39:11 49:11
seeing 24:2 48:13
  48:13 51:1
seen 30:23
selected 29:22
sell 16:3
separated 33:3
services 55:22
set 40:10 55:12
shaking 39:15
she'll 22:5
she's 22:3 41:22
shelter 40:24
shoes 37:25
Shreveport 1:12
  2:5 6:2 10:10,12
  10:22 13:10
  25:20 55:11
sick 17:7
side 18:5,6,13,14
  28:6 32:15,16
  32:22,22 37:20
  44:2

Sigma 14:15
signature 55:4
signing 3:13
  53:19,23
Simmons 2:10 5:3
  6:5,9 8:18 9:8
  9:15 11:19 12:1
  12:3 15:15
  21:20 22:6,8,24
  23:20 24:9
  28:21 29:1
  33:15,19,21
  35:10,18 44:13
  50:11 53:15,20
  53:24 54:4
Sino 21:13,14,21
  22:4 24:5,7
Sino's 26:18
sit 39:1,2 50:22
sitting 35:25
skin 43:24
sliding 32:10 38:6
slip 20:9
slipped 19:24 32:9
  34:15
smell 34:19 36:2
smelled 36:13
smelling 29:21
social 8:8 14:18
  14:19 25:6
soft 23:12,14,15
somebody 35:19
  40:12 41:15
  51:21
sonogram 45:6
sorority 14:18,19
sorry 9:23,24 12:9
  13:11,22 17:21
  24:19 35:17
  40:20 49:13
sort 14:2 19:7
sought 19:1 52:8
  52:12
sound 25:25 45:5
South 10:19
Southern 15:12
  15:13
specific 15:7,14
specifically 17:25
  39:12
spell 13:13 21:14
spelled 4:18

spontaneous 4:9
stack 19:24
state 1:1 3:10 4:4
  4:8 8:1 10:7
  55:7
States 15:3
statute 55:19
statutes 3:9
stays 21:4
stenomask 55:13
step 15:25 31:12
  31:12
stepped 34:12
stipulated 3:2
stipulations 1:10
stocks 16:3
stop 7:2,7
stopped 26:23
  37:16 48:8
storage 19:24
store 40:1,8,9
straight 12:24
street 11:3
strip 33:5
stuff 36:14
sudden 32:9
suffering 51:25
SUITE 2:10
sun 30:13
sunny 30:11
supervision 55:15
supervisor 16:24
sure 6:8 9:21
  11:18 15:13
  30:6
surgeries 20:21
surgery 12:12,13
  20:20
swearing 3:14
swore 7:15
sworn 6:3 55:9
symptoms 19:22

     T
T 3:1,1
take 6:21,25 7:12
  7:14 17:7 33:9
  45:19 50:24
taken 1:9 3:6 4:7
  17:10 19:2 55:8
talk 25:22 43:13
talked 8:16 20:20

talking 41:6 52:25
talkovers 4:12
tall 31:22,23,24
  31:25
tarp 30:21
TAYLOR 2:12
tell 7:3,16 23:24
  27:6 28:22,24
  31:8 38:20 39:9
  44:3 45:2 46:24
telling 39:12
ten 20:25 30:1,2
test 28:19 44:4
  45:1
testify 6:4 55:10
testimony 7:21
  19:5 55:8,13
that's 6:13 7:10
  9:22 10:4 13:23
  18:18 25:18
  31:25 38:11
  46:20 47:3
  48:15 50:10,12
  50:14,19 51:3
  51:15 53:16
theirs 52:7
them's 35:4
therapeutic 21:7
therapist 48:14
therapy 47:14,15
  47:17,21,22
  48:16,19,23
  49:4,5,9,12,14
  51:2,4,8,9
there's 9:13 23:17
  23:19
thereof 3:13
  56:10
they'll 30:20 43:6
thing 6:15,21 7:1
  7:8,12 23:13
  26:24
things 52:18,24
  53:4
think 9:13 18:11
  23:17 26:9
  29:17,25 30:4
  35:9,19 39:16
  39:21 43:22
  45:7 47:3 48:3,4
  48:7,17 53:16
thirty 30:4

thought 4:11 49:6
three 12:21 53:1
time 7:1,13 9:16
  10:2 11:12 12:8
  12:10 17:10,14
  18:15 20:23
  21:4 23:6,6 26:6
  29:10,25 31:1
  34:16 37:13
  40:16 41:3,25
  50:22 51:5,17
  52:11,23
times 6:17 16:1
tissue 23:12,14,15
title 15:16
today 6:10 7:16
  7:21 8:14 19:5
  50:19
told 24:4 39:10
  45:18 51:17
tone 6:18
town 22:4
trade 13:25
training 39:18,22
  40:2
transcribed 55:14
transcript 4:15
  54:3 55:3,17,18
transcription 4:13
trauma 47:1
traumatic 47:1
Travis 2:10 6:9
TRAVISSIMM...
  2:12
treat 44:14
treated 18:24
  44:23 53:2
treating 22:17
  48:8 49:12,14
treatment 19:1,7
  19:12,14,19
  23:11 46:15
  48:5 49:4 50:2
trial 3:18
true 55:16
truth 7:16
truthful 43:2,11
  43:17 47:7,9
try 6:18 7:4
trying 32:6 46:15
turned 28:10,11
two 28:5 31:15,22

32:1,14 33:3
  34:25 35:6
  37:12 38:18
  39:6,18 40:15
  40:20,21
type 20:16 21:6
  24:24 53:5,9,11
types 20:15
typewriting 3:15

     U
U 3:1
Uh-huh 10:14
  16:23 22:16
  25:18 28:2 33:1
  40:4 46:6 48:10
  49:19,23
uh-huh's 6:22
uh-uh 24:17,23
uh-uh's 6:23
ultra 45:5
unable 50:5
undergone 24:24
underneath 28:13
understand 7:2,3
  7:7,15 18:3
  24:14 28:22,25
  32:7
understanding
  55:17
understood 7:6
unemployment
  53:11
United 2:10 15:3
urgent 42:22,23
  42:24 45:1 46:7
urine 44:4 45:1,3
use 3:18

     V
valid 55:3
vantage 32:13
vehicle 27:6
Velocity 42:21
verified 4:17
VERSUS 1:5
vicinity 29:7
video 33:18,20
view 34:3
Virginia 42:1
vision 12:17
visiting 52:4

**W**

wage 50:5
wait 40:20 43:4
    49:2 50:25
waive 3:11 53:19
    53:23
Wal-Mart 46:2
Walgreens 46:2
walk 27:9,11,12
    27:20,21 29:2
    39:20,25
walked 28:15,17
    29:3,5,12,21,24
    32:21
walking 32:13
    33:6,25 34:4
wall 33:3
want 23:22
wanted 41:15
wants 44:9
wasn't 30:7
way 6:20,24 56:9
we'll 6:25 12:4
    25:22
we're 6:14 53:23
we've 6:12
wear 12:5
wearing 37:25
    38:1,2
weather 40:24
Wednesday 25:24
    26:4
week 16:14
WELLONS 2:12
went 12:8,24 13:9
    22:9,15,18,19
    23:19 24:7,8
    27:13 28:10
    29:5,15,19 32:9
    38:19 39:1
    42:25 44:25
    46:7,17 48:1
    51:5
what's 8:6 9:22
    12:19 15:16
    16:10,20 42:2
    53:21
When's 12:10
Where'd 12:22
where's 10:18
    25:14 45:24

white 40:3
Who's 16:24
    25:12
wide 31:15,16
widowed 42:7
wise 12:20
witness 3:14
    21:25 54:12
words 4:14,16
work 14:24,25,25
    15:6 16:19
worked 10:3
worker's 17:16
working 10:2
    15:4
worldwide 14:22
wouldn't 31:20
    37:3 52:23
written 51:21

**X**

x-ray 25:1
x-rays 43:20,21
    44:3 46:23
    49:24

**Y**

y'all 33:14 42:10
y'all's 54:9
yeah 8:19 12:16
    15:13 23:9,14
    23:24 27:1,17
    28:15 30:9 32:2
    32:7 33:1,5 36:7
    38:9 39:8 40:21
    41:1 43:1,8
    44:11,21 45:9
    46:21 47:14
    48:20 49:3 52:1
year 13:16,17
    16:19 48:17,18
    48:23
years 12:21 20:25
yellow 33:5,6
you'll 15:25
you're 7:16 10:5
    15:4 31:15,22
    31:25 32:13
    36:5 48:18 49:4
    50:5,8,15 51:7,8
    51:12,17 52:19
    52:21,25

you've 12:10
    13:20,25 17:10
    19:6 24:24,25
Youree 45:25
    46:1

**Z**

Zabaneh 44:24,25

**0**

**1**

1,794.70 9:14
1:58 1:13
10.40 16:21,21
100 16:19
101 2:10
1030 1:11 2:4
116 6:2 10:9 11:7
1434 55:25
1434(B) 4:6
1443(D) 3:16
15 20:25
18 31:17
1ST 1:3

**2**

2:54 54:13
20 50:22
20/20 12:18
2001 10:3
2010 42:11
2012007 56:23
2017 9:17 18:1
    25:24 26:2
2018 48:1,9,16
2019 1:13 55:11
    56:11
222-2772 2:5
222-6063 2:6
225-387-9888
    2:11
28 4:5

**3**

30th 1:12 55:11
318 2:5,6
37:2554 55:10
3rd 56:11

**4**

4:30 16:11

**5**

54 55:12

**6**

6 25:24
6-54 5:3
612982 1:4
64 42:11
6th 9:17 18:1 26:2

**7**

70809 2:11
71104 2:5

**8**

8 16:11
8/28/1944 8:7
8550 2:10

**9**

9149 8:10

CLASS: Driver's license
ENDORSEMENTS: None
RESTRICTIONS: None
Donor __Y __N / Living Will __Y __N
REV 02-10-2015
Holder of license must be 21 years of age or older to utilize the privileges of this license in interstate commerce pursuant to 49 Code of Federal Regulations 391.11.
Renewable 180 days prior to expiration.
08-28-1944
www.expresslane.org
BLOOD TYPE:

Don't Drink and Drive
Louisiana
Don't Litter Louisiana
PERSONAL
DRIVER'S LICENSE
NOT FOR FEDERAL IDENTIFICATION
LICENSE/ID NO
001429767
CLASS E
EXPIRATION DATE 08-28-2024
DOB 08-28-1944
ISSUE DATE 08-08-2018
HAMILTON
MARGARET M
116 COLONEL A P
KOUNS
SHREVEPORT, LA 71115-2505
ENDORSEMENTS NONE
RESTRICTION NONE
SEX F
HGT 5'07"
WGT 140
EYES BRO
AUDIT 5967
OFFICE 188
PARISH 09
DONOR



